IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CALEB CRABTREE and                                                                   PLAINTIFFS
ADRIANE CRABTREE
as assignees of the claims of CASEY COTTON

v.                                                      CIVIL ACTION NO. 1:22-cv-348-LG-BWR

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY and JOHN DOES 1-5                                  DEFENDANT

**AGREED ORDER STAYING CASE**

**BEFORE THE COURT** is the [12] Motion to Stay Case filed by the Plaintiffs Caleb Crabtree and Adriane Crabtree.[1]

The Crabtrees filed an earlier action, which was styled *Crabtree v. Allstate*, 1:21-cv-399-TBM-BWR (S.D. Miss.) ("the 2021 Lawsuit"). On December 19, 2022, Judge McNeel entered an order dismissing the 2021 Lawsuit without prejudice. (*2021 Lawsuit*, ECF [121]). The Crabtrees then filed this action on December 22, 2022. (ECF [1]). On January 16, 2023, the Crabtrees filed a motion in the 2021 Lawsuit, requesting that Judge McNeel alter or amend the judgment. (*2021 Lawsuit*, ECF [154]). And on January 25, 2023, Allstate filed two dispositive motions [8], [10], in this action. Given this outstanding motion to alter or amend in the 2021 Lawsuit, the Crabtrees have moved to stay this case until Judge McNeel

---

[1] The Crabtrees have, alternatively, requested consolidation and reassignment. Allstate has agreed to, and the Court hereby grants, the stay, so the Court need not address the alternative relief the Crabtrees have requested.

can rule on the Crabtrees' pending motion. Allstate does not oppose the request for a stay.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [12] Motion to Stay Case is **GRANTED** as unopposed. This case is hereby stayed until Judge McNeel issues a ruling on the Crabtrees' motion to alter or amend the judgment in Cause No. 1:21-cv-399-TBM-BWR.

**IT IS FURTHER ORDERED AND ADJUDGED** that, if Judge McNeel grants the motion to alter or amend and reopens the 2021 Lawsuit, the parties are instructed to meet, confer, and report on the status of this case within fourteen days of Judge McNeel's order.

**IT IS FURTHER ORDERED AND ADJUDGED** that, if Judge McNeel denies the motion to alter or amend, the Crabtrees are ordered to (1) submit an order lifting the stay within seven days of Judge McNeel's order and (2) respond to Allstate's dispositive motions [8], [10] within fourteen days of Judge McNeel's order.

**IT IS FURTHER ORDERED AND ADJUDGED** that the [12] Motion to Consolidate and [12] Motion to Reassign Case are **MOOT**.

**SO ORDERED AND ADJUDGED** this the 31st day of January, 2023.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

AGREED:
*/s/ Samuel S. McHard*
SAMUEL S. MCHARD, MSB #100295
P. MANION ANDERSON, MSB # 104250

PEYTON J. MOORE, MSB # 106137
MCHARD, MCHARD, ANDERSON & ASSOCIATES, PLLC
140 MAYFAIR ROAD, SUITE 1500
HATTIESBURG, MS 39402
T: (601) 450-1715
F: (601) 450-1719
smchard@mchardlaw.com
manderson@mchardlaw.com
pmoore@mchardlaw.com

Attorneys for Caleb Crabtree
and Adrian Crabtree

*/s/ Grafton E. Bragg*

CORY L. RADICIONI (MSB # 101761)
WISE CARTER CHILD & CARAWAY, P.A.
401 East Capitol Street, Suite 600
PO Box 651
Jackson, MS 39201
601.968.5500
clr@wisecarter.com


GRAFTON E. BRAGG (MSB # 104821)
BraggLaw, PLLC
1060 East County Line Road
Suite 3A-120
Ridgeland, MS 39157
601.624.1153
grafton@graftonbragglaw.com


Attorneys for Allstate Property and
Casualty Insurance Company