IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **CALEB CRABTREE and ADRIANE CRABTREE, as assignees of the claims of Casey Colton** | **PLAINTIFFS** |
| v. | CAUSE NO. 1:22cv348-LG-BWR |
| **ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY and JOHN DOES #1-5** | **DEFENDANTS** |

### ORDER LIFTING STAY AND GRANTING PLAINTIFFS ADDITIONAL TIME TO RESPOND TO MOTIONS

**THIS MATTER IS BEFORE THE COURT** sua sponte for the purpose of lifting the stay imposed in this matter on January 31, 2023. (Agreed Order, ECF No. 13). The stay was imposed pursuant to the agreement of the parties while they awaited a ruling on a Motion to Alter or Amend Judgment filed in a related case, *Crabtree v. Allstate*, 1:21cv399-TBM-BWR. Allstate has informed the Court that the Motion to Alter or Amend Judgment has been denied, and the parties are ready to proceed with the above-styled case, including the briefing of two [8, 10] Motions to Dismiss filed by Allstate. As a result, the Court finds that the stay previously entered in this case should be lifted. The Court further finds that the plaintiffs should be granted additional time to respond to the Motions to Dismiss.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the stay entered in this matter by [13] Order entered on January 31, 2023, is **LIFTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiffs' responses to the [8, 10] Motions to Dismiss filed by Allstate are due on or before **July 27, 2023**.

**SO ORDERED AND ADJUDGED** this the 13th day of July, 2023.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge