IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| CALEB CRABTREE and ADRIANE CRABTREE as assignees of the claims of Casey Cotton | PLAINTIFFS |
| v. | CAUSE NO. 1:22cv348-LG-BWR |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY and JOHN DOES #1-5 | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, the Court finds that this lawsuit should be dismissed for lack of subject matter jurisdiction.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [10] Motion to Dismiss for Lack of Subject Matter Jurisdiction, or in the alternative, for Summary Judgment, filed by Defendant Allstate Property and Casualty Insurance Company is **GRANTED,** and the [8] Motion to Dismiss for Failure to State a Claim filed by Defendant Allstate Property and Casualty Insurance Company is **MOOT**. This lawsuit is **DISMISSED FOR LACK OF JURISDICTION**.

**SO ORDERED AND ADJUDGED** this the 27th day of September, 2023.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE